IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY G. TYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08-0973 |
| ) | Judge Trauger |
| BRIAN KOEHN, Warden, DR. BILL STEWART, ) | Magistrate Judge Griffin |
| VICKI FIGUROA, Medical Supervisor, ) | |
| DARRELL JONES and SHANE COSBY, ) | |
| Counselors, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On September 1, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 40), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendants' Motion For Summary Judgment (Docket No. 23) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute final judgment in this action.

It is so **ORDERED**.

ENTER this 28th day of September 2009.

_____
ALETA A. TRAUGER
U.S. District Judge